UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JAMES ARTHUR SMITH, | Case No.: 3:25-cv-00177-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MEDICAL DIRECTOR, et al., | |
| Defendants. | |

Plaintiff James Smith brings this pro se civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Northern Nevada Correctional Center. (ECF No. 1-1). But Plaintiff has not paid the filing fee for this action or applied to proceed *in forma pauperis*, that is, without prepaying the filing fee. Moreover, according to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. And it appears from Plaintiff's complaint that he currently resides in Las Vegas, Nevada. (*Id.* at 1).

Plaintiff must pay the filing fee or file a complete application to proceed *in forma pauperis* to continue with this action. The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1.

It is therefore ordered that Plaintiff has **until May 7, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to update Plaintiff's address and telephone number on the docket to:

> James Arthur Smith, Jr.
> 4175 Tahoe Canyon Street
> Las Vegas, NV 89129
> Tele. (775) 528-7258

The Clerk of Court is further directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates with instructions, and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: April 7, 2025

_____
UNITED STATES MAGISTRATE JUDGE